UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JASON E. RICHARD,<br>et. al.,<br><br>　　　Defendant(s). | Case No. 25-cv-10294<br><br>Honorable Robert J. White |

## ORDER DENYING DEFENDANT'S MOTION TO STAY AND ADJOURNING DATES

On February 23, 2026, Plaintiff United States of America filed an amended complaint against Defendants Jason Richards, Lexie Gontko, Richard's wife, and Bay County, Michigan in part to reduce income tax liabilities to judgment and to enforce tax liens against the couple's properties.  *See* ECF No. 24.

In May of 2026, Defendant Gontko filed a motion to stay the proceedings for 60 days because her mother is dying of cancer. ECF No. 34, PageID.194. None of the Parties involved in this case have objected to the motion. The Court will instead grant a 60-day extension of all pending dates.

Therefore, it is **ORDERED** that the Case Management and Scheduling Order,

ECF No. 13, as adjourned by ECF No. 20, is **ADJOURNED** as follows:

| | |
|---|---|
| Dispositive Motions Due: | July 26, 2026 |
| Rule 26(a)(3)(B) Disclosures Due: | November 1, 2026 |
| Motions *in limine* Due: | November 8, 2026 |
| Pretrial Submissions Due: | December 6, 2026 |
| In-Person Final Pretrial Conference: | December 15, 2026 at 11:00 AM |
| Bench Trial: | January 12, 2027 at 8:30 AM |

It is further **ORDERED** that the Defendant's motion to stay the case, ECF

No. 34, is **DENIED** as moot**.**

**IT IS SO ORDERED.**

Dated: May 28, 2026                    s/ Robert J. White
                                        Robert J. White
                                        United States District Judge